**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEANN ARNOLD**                                                                                   **PLAINTIFF**

**4:19-CV-00394-BRW**

**PINNACLE STRUCTURES, INC.**

## JUDGMENT

Consistent with the order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 25th day of August, 2020.

                                                                          Billy Roy Wilson
                                                                          UNITED STATES DISTRICT JUDGE